IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02431-WDM-CBS

BENAD ABIODUN,

     Plaintiff,

v.

ROBERT LINDLEY, and
ALEJANDRO ALMEIDA,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 4 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: __1/2/08__

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02431-WDM-CBS

Benad Abiodun
Reg. No. K0087
GEO/ICE Processing Center
11901 E. 30th Ave.
Aurora, CO 80010-1525

US Marshal Service
Service Clerk
Service forms for: Robert Lindley, and Alejandro Almeida

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Robert Lindley, and Alejandro Almeida; The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 11/20/07, ORDER FILED 12/14/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/04/08 .

GREGORY C. LANGHAM, CLERK

By: _____
                      Deputy Clerk