IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02431-WDM-CBS

BENAD ABIODUN,
    Plaintiff,
v.

ROBERT LINDLEY,
ALEJANDRO ALMEIDA,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Abiodun's "Motion to Amend" (filed May 28, 2008) (doc. # 37). Pursuant to the Order of Reference dated January 2, 2008 (doc. # 8) and the memorandum dated May 28, 2008 (doc. # 39), this matter was referred to the Magistrate Judge. Mr. Abiodun seeks to amend his "Memorandum of Law in Opposition to Respondents' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5)" (doc. # 35) to state at page 5 paragraph 2 and page 6 paragraph 3 "8 U.S.C. § 1503(a) and 28 U.S.C. § 2201." The court having reviewed the Motion and the entire case file,

    IT IS ORDERED that Mr. Abiodun's "Motion to Amend" (filed May 28, 2008) (doc. # 37) is GRANTED. Mr. Abiodun's "Memorandum of Law in Opposition to Respondents' Motion to Dismiss . . ." (doc. # 35) is clarified at page 5 paragraph 2 and page 6 paragraph 3 to state "8 U.S.C. § 1503(a) and 28 U.S.C. § 2201."

DATED at Denver, Colorado, this 29th day of May, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge